

**United States District Court**

**Northern District of Illinois**

219 South Dearborn Street

Chicago, Illinois 60604

Chambers of
Robert W. Gettleman
Judge

(312) 435-5543

August 13, 2004

FINANCIAL DISCLOSURE OFFICE Aug 18 10 52 AM '04 RECEIVED

Hon. Mary M. Lisi
Chair, Judicial Conference of the United
    States, Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Re:   Calendar Years 2003 Financial Disclosure Report Filing

Dear Judge Lisi:

Thank you for your letter of August 2, 2004. With respect to the matter addressed on page two of your letter, concerning the Morgan Stanley Natural Resources Fund listed at line 39, page 3, Part VII of my 2002 Report, please be advised that I did in fact list the asset at line 7, page 1 of Part VII of my 2003 Report, because there was a name change in this fund from MSDW (Morgan Stanley Dean Witter) Midcap Growth Fund to MS (Morgan Stanley) Natural Resources. However, I note there is an error in item 7; the value should be listed at level "J" instead of "K."

With respect to your advice regarding Part II, line 1-3, I listed those partnership interests there because these are general partnerships, not limited partnerships. I mistakenly believed these were appropriately listed in Part II because they are governed by general partnership agreements. I will omit them in Part II in future filings.

If there are any other questions, please let me know. I hope and trust that this will complete my 2003 filing.

Very truly yours,

Robert W. Gettleman
Judge, U.S. District Court

RWG:mg

AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Gettleman, Robert W | 2. Court or Organization  U. S. District, N.D. Illinois | 3. Date of Report  5/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. District Judge (active) | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  219 S. Dearborn St.  Chambers 1788  Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED
2004 MAY 19 A 11: 37
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Bolar & Co., Evanston, IL (Passive investments with ▇▇▇▇▇▇ in limited partnerships & securities (listed in Part VII). Cont. in Part VIII |
| 2. | General Partner: Bob Jo Investments (passive investment partnership with Joel Rubin in single real estate venture; we each own 50% Cont. in Part VIII |
| 3. | General Partner: DP Partners (general passive investment partnership that owns condominium units in Philadelphia; ▇▇▇▇ and I own Cont. in Part VIII |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gettleman, Robert W | 5/13/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Northwestern University School of Law; taught courses | 4000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | LCSW, Private Social Work Practive |

## IV. REIMBURSEMENTS  -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association, Section of Litigation | January 30 - February 1, 2003, Palm Beach, FL, (Transportation, meals and room) |
| 2. | LA Intellectual Property Law Association | June 5-8, 2003, La Jolla, CA (Transportation, meals and room) |
| 3. | American Bar Association, Section of Litigation | June 18-22, 2003, Park City, UT (Transportation, meals and room) |

## V.  GIFTS.   (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.   (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. D'Ancona 222 Associates (Limited Partnership) | A | Dividend | J | U | | | | | |
| 2. KeyBonus Deferred Annuity | C | Interest | L | T | | | | | |
| 3. Citibank (Chicago) | A | Interest | J | T | | | | | |
| 4. Bob Jo Investments (Real Estate) | | None | J | U | | | | | |
| 5. Morgan Stanley Liq. Asset Fund | A | Interest | J | T | | | | | |
| 6. Canadian So. Pet. (Common) | A | None | J | T | | | | | |
| 7. MSDW Mid-Cap Growth Fund n/k/a MS Natural Resourses | A | Dividend | K | T | | | | | |
| 8. DP Partners | A | Dividend | J | U | | | | | |
| 9. Morgan Stanley Active Assets Money Trust | C | Interest | L | T | | | | | |
| 10. Niles Il. WTR Rev. (Bond) | A | Interest | | | redemption | 11/3 | J | A | |
| 11. Compania De Minas Buenaventura | A | Dividend | J | T | buy | 10/27 | J | | |
| 12. Ill. St. Civic CTR REF-SPL (Bond) | A | Interest | J | T | | | | | |
| 13. American Superconductor | A | Dividend | J | T | | | | | |
| 14. Regional Trans Auth. Ill. (Bond) | A | Interest | J | T | | | | | |
| 15. Illinois St. Gen. Oblig. (Bond) | A | Interest | J | T | | | | | |
| 16. Ill. Health Facs. Auth. (Bond) | A | Interest | J | T | | | | | |
| 17. Honeywell International Inc | A | Dividend | J | T | | | | | |
| 18. Newmont Mining | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Catellus Dev. Corp. | A | Dividend | J | T | | | | | |
| 20. *Items 21 through 49 are Bolar investments. | | | | | | | | | |
| 21. Morgan Stanley Active Asset Account (see part VIII) | E | Dividend | M | T | | | | | |
| 22. Bravo Restaurants, Inc. | | None | K | W | | | | | |
| 23. Naperville Washington Venture | | None | M | U | | | | | |
| 24. D'Ancona Citation Associates | C | Dividend | K | U | | | | | |
| 25. Morgan Stanley Liq. Asset Fund | A | Dividend | J | T | | | | | |
| 26. Morgan Stanley Active Asset Trust | A | Dividend | J | T | | | | | |
| 27. Morgan Stanley Dev. Growth Fund | A | Dividend | J | T | | | | | |
| 28. Morgan Stanley Div. Growth Fund | A | Dividend/Cap | J | T | | | | | |
| 29. CIFRA n/k/a Wal Mart De Mex | A | Dividend | J | T | partial sale | 5/14 | J | | |
| 30. Hawaiian Holdings f/n/a Hawaiian Airlines | A | Dividend | | | sell | 12/11 | J | A | |
| 31. Abbott Labs | A | Dividend | J | T | | | | | |
| 32. Price Enterprises Preferred n/k/a Price Legacy Corp. | A | Dividend | J | T | | | | | |
| 33. Hewlett Packard | A | Dividend | | | sell | 12/11 | J | A | |
| 34. American Superconductor | A | Dividend | J | T | | | | | |
| 35. Microvision | A | Dividend | J | T | partial sale | 3/5 | J | | |
| 36. Occidental Petroleum | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. MS Aggressive Equity Fund B | A | Dividend | J | T | | | | | |
| 38. Goodyear Tire & Rubber | A | Dividend | J | T | buy | 1/9 | J | | |
| 39. Agilent Technologies | A | Dividend | J | T | | | | | |
| 40. Barrick Gold Corp. | A | Dividend | J | T | | | | | |
| 41. Gold Corp | A | Dividend | J | T | | | | | |
| 42. Homestake Mining now known as Barrick Gold | A | Dividend | J | T | | | | | |
| 43. Gold Fields LTD SP ADR | A | Dividend | | | sell | 12/11 | J | A | |
| 44. New Park Res NEW | A | Dividend | J | T | buy | 12/8 | J | | |
| 45. Placer Dome Inc. | A | Dividend | J | T | | | | | |
| 46. Tejon Ranch Co. | A | Dividend | J | T | | | | | |
| 47. Serivce Corp | A | Dividend | J | A | | | | | |
| 48. Stewart Enterprises A | A | Dividend | J | T | buy | 6/2 | J | | |
| 49. Ultra Petroleum Corp | A | Dividend | J | T | buy | 12/11 | J | | |
| 50. ** Items 51 through 104 are Morgan Stanley IRA investments | | | | | | | | | |
| 51. American Mutual Fund | C | Dividend | K | T | | | | | |
| 52. Amer. FDS Cap. Bldrs. | C | Dividend | K | T | | | | | |
| 53. BICO Inc. | A | Dividend | J | T | | | | | |
| 54. Growth Fund of Amer. | C | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| -A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. U.S. Treas. Bonds | A | Interest | L | T | | | | | |
| 56. Morgan Stanley U.S. Govt. Sec. | C | Dividend | M | T | | | | | |
| 57. Morgan Stanley Liq. Asset Fund | B | Dividend | K | T | | | | | |
| 58. Morgan Stanley European Growth | A | Dividend | K | T | | | | | |
| 59. Morgan Stanley Japan Fund B | A | Dividend | J | T | sell | 7/17 | J | A | |
| 60. Morgan Stanley Pacific Growth B | A | Dividend | J | T | | | | | |
| 61. American FDS US Govt Sec | A | Dividend | J | T | | | | | |
| 62. Catellus Dev. Corp | A | Dividend | J | T | | | | | |
| 63. Apple | A | Dividend | J | T | | | | | |
| 64. Financing Corp CPN Strips Ser 1 INT PMT 10.000 2018 | A | Dividend | K | T | | | | | |
| 65. LA Research FD SM CP SER B now know as Lord Abbett | A | Dividend | K | T | | | | | |
| 66. Los Angeles CO CA Pension OBLIG CAP APPREC_C IBC | E | Dividend | K | T | | | | | |
| 67. Maytag Corp | A | Dividend | J | T | | | | | |
| 68. Microvision Inc (Wash) | A | Dividend | J | T | partial sale | 3/5 | J | | |
| 69. PG&E Corporation | A | Dividend | J | T | buy | 1/9 | J | | |
| 70. PG&E Corporation | A | Dividend | J | T | partial sale | 7/22 | J | | |
| 71. Putnam Health Science Trust | A | Dividend | J | T | | | | | |
| 72. Sacramento Cnty Calif Go Pens FDG-A Taxable OY 7.53 BE | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:
(See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
C = $2,501-$5,000
D = $5,001-$15,000
E = $15,001-$50,000
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000
H2 = More than $5,000,000

2. Value Codes:
(See Columns C1 and D3)
J = $15,000 or less
K = $15,001-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = $More than $50,000,000

3. Value Method Codes:
(See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Tenn VY Auth 6.75% 6-1-28 SR D | A | Dividend | J | T | | | | | |
| 74. Transamer Quibs███████ | A | Dividend | | | redemption | 11/3 | J | A | |
| 75. UNISYS Corp | A | Dividend | J | T | buy | 1029 | J | | |
| 76. Unit MSDW Equity Trust | A | Dividend | | | redemption | 1/9 | J | A | |
| 77. Barrick Gold Corp | A | Dividend | J | T | | | | | |
| 78. Gold Corp | A | Dividend | J | T | buy | 9/24 | J | | |
| 79. Houston Lighting & Power Company | A | Dividend | | | redemption | 7/1 | J | A | |
| 80. Humana, Inc. | A | Dividend | | T | sell | 10/22 | J | A | |
| 81. Meridian Gold Corp | A | Dividend | | | sell | 3/25 | J | A | |
| 82. Newmont Mining Corp | A | Dividend | J | T | | | | | |
| 83. Placer Dome, Inc. | A | Dividend | J | T | buy | 1/2 | J | | |
| 84. Teck Corp Class B | A | Dividend | J | T | | | | | |
| 85. Schering Plough | A | Dividend | J | T | | | | | |
| 86. Bristol Myers Squibb Co. | A | Dividend | J | A | buy | 11/28 | J | | |
| 87. Bunge Ltd | A | Dividend | J | A | buy | 4/30 | J | | |
| 88. Coeur D. Alene Mns Cp | A | Dividend | J | A | buy | 11/3 | J | | |
| 89. Compania De Minas Buenaventura | A | Dividend | J | A | buy | 8/11 | J | | |
| 90. Compania De Minas Buenaventura | A | Dividend | J | A | buy | 10/24 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| -A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Edison International | A | Dividend | J | A | buy | 5/9 | J | | |
| 92. Glamis Gold Limited | A | Dividend | J | A | buy | 8/14 | J | | |
| 93. Halliburton Co. Hldg Co. | A | Dividend | J | A | buy | 5/9 | J | | |
| 94. Halliburton Co. Hldg. Co. | A | Dividend | J | A | partial sale | 10/27 | J | | |
| 95. Long View Fibre Co. Wash | A | Dividend | J | A | buy | 3/28 | J | | |
| 96. Long View Fibre Co. Wash | A | Dividend | J | A | partial sale | 10/22 | J | | |
| 97. NiSource, Inc. | A | Dividend | J | A | buy | 9/9 | J | | |
| 98. Novell Inc. | A | Dividend | J | A | buy | 11/28 | J | | |
| 99. Randgold Resources Ltd. ADS | A | Dividend | J | A | buy | 5/19 | J | | |
| 100. Randgold Resources Ltd. ADS | A | Dividend | J | A | partial sale | 9/29 | J | | |
| 101. Sun Microsystems, Inc. | A | Dividend | J | A | buy | 11/28 | J | | |
| 102. SLM Corp Ser CPI/Floater | A | Dividend | J | A | buy | 11/21 | J | | |
| 103. Tenet Healthcare Corp | A | Dividend | J | A | buy | 6/2 | J | | |
| 104. World Finl Network Natl Bank Gahanna Oh CD | A | Dividend | J | A | buy | 6/4 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gettleman, Robert W | 5/13/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part II Agreements.
No.1: We each own 50% of the partnership which owns passive limited partnership interest and a Morgan Stanley Active Assets account. Current value of Bolar & Co. is no more than $250.000.

No. 2: of one limited partnership interest).

No. 3: a 4.44% interest and have no role in management).

Part VII Investments and Trusts. Line 21: All Bolar holdings from items 21 through 49 are or were held in a Morgan Stanley "Active Assets Account." In future years this item will be omitted as redundent.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____

Date ____May 13, 2004____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544